UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL GORSKI,<br><br>            Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>            Defendant. | 1:14-cv-00028-SKO (PC)<br><br>ORDER (1) DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COMPLAINT FORM AND APPLICATION TO PROCEED IN FORMA PAUPERIS, AND (2) REQUIRING PLAINTIFF TO FILE COMPLAINT AND EITHER FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTYDAYS |

        On September 12, 2013, Plaintiff Robert Carl Gorski sent a letter to United States District Judge Thelton E. Henderson regarding his conditions of confinement at Avenal State Prison. The United States District Court for the Northern District of California opened a civil action for Plaintiff, and subsequently transferred the case to this Court on January 6, 2014. Plaintiff has not filed a complaint and Plaintiff has not filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or paid the filing fee, deficiencies which were noted by the United States District Court for the Northern District of California.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Within **thirty (30) days** from the date of service of this order, Plaintiff shall (1) file a complaint on the form provided with this order and (2) either file an application to proceed in forma pauperis or pay the $400.00 filing fee for this action;

///

1

2. No requests for extension of time will be granted without a showing of good cause; and

3. Failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **January 10, 2014**                              **/s/ Sheila K. Oberto**
                                                                                     UNITED STATES MAGISTRATE JUDGE